UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

VICTOR CASTRO

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 8994(UA)

Defendant VICTOR CASTRO hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

X  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X  Bail/Detention Hearing

___  Conference Before a Judicial Officer


/s/ by Martin Cohen on behalf of Mr. Castro
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Martin Cohen
Defendant's Counsel's Signature


Victor Castro
Print Defendant's Name

Martin Cohen
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

August 24, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge